**No. P67/177.**—Diebold, Inc. v. United States, protest 61/19403 (New York).

**No. P67/178.**—Seedman International Corp. et al. v. United States, protests 64/7143, etc. (New York).

**No. P67/179.**—S. Hiller & Co. v. United States, protest 66/12058 (New York).

LANDIS, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of certain padlocks similar in all material respects to those the subject of *Shriro Trading Corp.* v. *United States* (56 Cust. Ct. 422, C.D. 2669), the claim of the plaintiffs was sustained.

BEFORE THE FIRST DIVISION, JUNE 1, 1967

**No. P67/180.**—Weather–Rite Sportswear Co., Inc. v. United States, protests 64/10096, etc. (New York).

BECKWORTH, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of articles of synthetic rubber similar in all material respects to those the subject of *United States* v. *Weather-Rite Sportswear Co., Inc* (52 CCPA 7, C.A.D. 848), the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, JUNE 1, 1967

(NOTE: The following protest was decided by a special second division consisting of RAO, FORD, and LANDIS, Judges.)

**No. P67/181.**—Seedman International Corp. v. United States, protest 65/9727 (Houston).

LANDIS, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of disc tumbler padlocks similar in all material respects to those the subject of *Shriro Trading Corp.* v. *United States* (56 Cust. Ct. 422, C.D. 2669), the claim of the plaintiff was sustained.